IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| FIRST LIBERTY BANK (TEXAS), § § *Plaintiff,* § § VS. § § FIRST LIBERTY BANK § (OKLAHOMA), § § *Defendant.* § | CIVIL ACTION NO. 1:23-CV-00112 JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion for Dismissal with Prejudice. [Dkt. 25]. The Parties are seeking a dismissal of this action and all claims and counterclaims alleged herein with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 8th day of February, 2024.**

*[signature]*

Michael J. Truncale
United States District Judge